# ATTACHMENT A

## IDENTIFICATION OF ITEMS TO BE EXAMINED

The DEVICE to be searched:

1. I phone with a floral protective case, with a screen saver of a small child.



The DEVICE is currently located at the ATF, Portland Maine field office, 68 Marginal Way Portland Maine, 04101.