## ATTACHMENT B

### DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

All data on the DEVICE described in Attachment A that relates to violations of sections 21 U.S.C. §§841(a)(1),843(b), 846, and 18 U.S.C. §1512(a)(2) for the time period of **December 17, 2024 to March 14, 2025**:

a. Call history logs;

b. Any and all data related to text messages including incoming and outgoing, forwarded, and draft text messages, with all attachments that accompany the respective text messages;

c. Any and all data related to instant messenger and/or social networking applications including incoming, outgoing, forwarded, and draft instant messages, with all attachments that accompany the respective instant messages, and any profiles of users;

d. Any and all voice mail messages;

e. Any telephone numbers and direct connect numbers or identities assigned to the devices, including usernames and passwords, MAC addresses, and electronic mail addresses;

f. Any hidden, deleted or erased data, communications, graphical images, multimedia items or documents found in the DEVICE, which constitute evidence of the offenses listed above;

g. Evidence of who used, owned, or controlled the DEVICE at the time the things described in this warrant were created, received, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    h.  Evidence of the times and locations the DEVICE was used, were idle, or were otherwise located;

    i.  Contextual information necessary to understand the evidence described in this attachment;

    j.  Records of Internet activity, including but not limited to caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

    k.  Any and all "Contacts" information to include: names, nick names, telephone numbers, pager numbers, email addresses, and user IDs.

As used above, the term "data" includes all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage (such as flash memory or other media that can store data) and any photographic form.